IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-00654-O |
| | § | |
| KEVIN J. CALVIN, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge entered his Certification of Contempt, ECF No. 24, related to Plaintiff's Motion for an Order to Show Cause Why Kevin J. Calvin Should Not Be Held in Civil Contempt for Violating This Court's Permanent Injunction, ECF No. 14. No objections were filed. The Magistrate Judge recommends, pursuant to 28 U.S.C. § 636(e)(6), that this Court conduct a hearing once Defendant Kevin J. Calvin ("Defendant") is arrested, or at such other time as set, to hear evidence as to why Defendant should not be found in contempt of court for failing to comply with the permanent injunction contained in the Court's Final Judgment, ECF No. 13, and the Show Cause Orders, ECF No. 16 & 19, previously entered by the Court. The Court reviewed the proposed Certification of Contempt for plain error. Finding none, the Court **ACCEPTS** the Certification of Contempt of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that: 1) Defendant is to surrender to the custody of the United States Marshal Service. If he does not, the United States Marshal Service or any duly authorized law enforcement officer is **ORDERED** to arrest Defendant and produce him before the

undersigned; and 2) Defendant is to appear at a hearing thereafter for the Court to hear evidence as to why he should not be found in contempt of court.

    **SO ORDERED** this **7th day** of **February, 2020**.

                                                        Reed O'Connor
                                        **UNITED STATES DISTRICT JUDGE**